FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2013

No. 04-13-00148-CV

Javier H. **PEREZ,**
Appellant

v.

Patricia **VILLARREAL** and Israel Villarreal,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVT-000406-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

    Vicente Mendoza's Notification of Late Reporter's Record is hereby DENIED AS MOOT.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court